# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ARTHUR RUTENBERG HOMES, INC.,
and AR HOMES, INC. d/b/a: Brightfield
Custom Homes, Inc.,

                    Plaintiffs,

-vs-                                      Case No. 6:06-cv-787-Orl-22JGG

DAVID SHEPPARD; SUSAN SHEPPARD;
CAMELOT CUSTOM HOMES, INC.;
VINCENT ROSE, JR.; and DISTINGUISHED
DESIGNS,

                      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** PLAINTIFFS' MOTION FOR RECONSIDERATION OF ITS MOTION FOR DEFAULT (Doc. No. 16)
>
> **FILED:** August 30, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Upon reconsideration, the result stands. Plaintiffs may refile an amended motion for entry of clerk's default with an affidavit showing the correct status of the person served.

Defendant Camelot Custom Homes, Inc. ["Camelot"] has not filed an answer or otherwise appeared in this action. On August 24, 2006, Plaintiffs filed a motion for entry of clerk's default against Camelot. Docket No. 10. According to Plaintiffs' Return of Service, on June 26, 2006, the process server served a copy of the summons and complaint in this case on "Colleen Martin, Wife of

RA" at "3150 Sandy Ridge Drive, Clearwater, FL 33761." Docket No. 6. The Return of Service lists Camelot's Registered Agent as a corporation: "Financial Foundation, Inc." *Id.* On August 25, 2006, this Court denied without prejudice Plaintiffs' motion for entry of clerk's default, noting that "[t]he Registered Agent for Defendant Camelot Custom Homes, Inc. is a corporation, yet Plaintiffs certify that they have served the Registered Agent's 'wife.'" Docket No. 11 at 1.

On August 30, 2006, Plaintiffs filed a motion for reconsideration of the Court's August 25 order. Docket No. 16. Plaintiffs argue that under the relevant Florida statutes, if the address given for a corporate party's Registered Agent is a private residence, the party is permitted to serve the Registered Agent:

> by delivering a copy of it to the person to be served with a copy of the complaint . . . or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents.

Docket No. 16 (citing Fla. Stat. §§ 48.081(3)(b), 48.031(1)(a)); *see also* Fed. R. Civ. P. 4(h)(1) (permitting service under state law). According to Plaintiffs, the address for Camelot's Registered Agent ("Financial Foundation, Inc.") is a private residence, and "[t]herefore . . . Plaintiffs are entitled to serve anyone who is 15 years of age or older, including the registered agents [sic] wife." Docket No. 16 at 2. Plaintiffs also submitted an exhibit to their motion for reconsideration, which, according to Plaintiffs, supports their contention that "[t]he address, 3150 Sandy Ridge Drive, for Camelot Custom Homes, Inc[.]'s registered agent was a residence." Docket No. 16 at 2, 4. The exhibit, however, is a copy of the Tax Collector's record for the lot at 3150 Sandy Ridge Drive. *Id.* at 4. The record merely shows that the lot at 3150 Sandy Ridge Drive is a residential property owned by John Martin and Colleen Martin. *Id.* Plaintiffs do not state the relationship of John or Colleen Martin to

Camelot or Camelot's Registered Agent ("Financial Foundation, Inc."), and merely repeat that Colleen Martin is the "wife of Camelot Custom homes [sic], Inc.'s registered agent." Docket No. 16 at 1.

This Court cannot look outside of the record to rule on Plaintiffs' motion.[1] Neither the motion for entry of clerk's default nor the motion for reconsideration now before the Court show proper service on Camelot or Camelot's Registered Agent.

Accordingly, Plaintiffs' motion for reconsideration [Docket No. 16] is **GRANTED**. Upon reconsideration, the result stands. Plaintiffs may refile an amended motion for entry of clerk's default with an affidavit showing the correct status of the person served. It is

**FURTHERED ORDERED** that the Clerk is directed to mail copies of this order and the complaint at Docket No. 1 to: 1.) Camelot Custom Homes, Inc., 7009 Dr. Phillips Blvd., Suite #220, Orlando, FL 32819; and 2.) Financial Foundations, Inc., 3150 Sandy Ridge Drive, Clearwater, FL 33761.

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2006.

James G. Glazebrook
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] The Florida Department of State, Division of Corporations Online Public Inquiry website shows that Camelot's Registered Agent is Financial Foundations, Inc. *See* http://www.sunbiz.org/corpweb/inquiry/search.html. Plaintiffs' Return of Service incorrectly lists the Camelot's Registered Agent as "Financial Foundation, Inc." *See* Docket No. 6. The website also shows that Colleen Martin is the Vice-President, Secretary, and Treasurer of Financial Foundations, Inc., and that John Martin is Financial Foundations, Inc.'s RA, President, and Chairman/Chief Executive Officer. *See* http://www.sunbiz.org/corpweb/inquiry/search.html. John and Colleen Martin are the only officers and directors listed for Financial Foundations, Inc., and Financial Foundations, Inc.'s principal and mailing address is 3150 Sandy Ridge Drive, Clearwater, Florida 33761. *See id.* Nevertheless, Plaintiffs never provide these factual links.